[No. 32620-1-I.    Division One.    October 10, 1994.]

MARY ANN REILLY, *Appellant*, v. JEROME M. RHODE,
*Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 88-2-21471-9, Charles W. Mertel and Steven G.
Scott, JJ., entered July 22, 1992, and May 21, 1993. *Affirmed*
by unpublished per curiam opinion.

[No. 13645-1-III.    Division Three.    October 11, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. TAMARA
MARIE AMO, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-1-01245-9, John A. Schultheis, J., en-
tered April 27, 1993. *Reversed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Munson,
J. Now published at 76 Wn. App. 129.

[Nos. 12889-0-III; 12890-3-III.    Division Three.    October 11, 1994.]

*In the Matter of the Welfare of* M., ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. DENNIS OHMANN, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Spo-
kane County, Nos. 92-7-00108-2, 92-7-00109-1, Kathleen M.
O'Connor, J., entered November 17, 1992. *Affirmed* by un-
published opinion per Sweeney, J., concurred in by Thomp-
son, C.J., and Munson, J.